

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of J.M.R., a child,      * From the 318th District
                                           Court of Midland County,
                                           Trial Court No. FM 56,868.

No. 11-15-00037-CV                      * July 2, 2015

                                           * Per Curiam Memorandum Opinion
                                             (Panel consists of: Wright, C.J.,
                                             Willson, J., and Bailey, J.)

      This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.